Case 05-72283   Doc 64   Filed 09/28/07   Entered 09/28/07 09:29:14   Desc Main
                Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   BRIAN J. PENNELL & DEANE L. PENNELL     Case Number: 05-72283
         173 COOL STONE BEND                     SSN-xxx-xx-3820 & xxx-xx-1041
         LAKE IN THE HILLS, IL  60156

Case filed on:    5/5/2005
Plan Confirmed on: 8/19/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $15,461.12    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
|  | Total Legal | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
| 002 | MCCALLA RAYMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARROW FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | BRIAN J. PENNELL | 0.00 | 0.00 | 880.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 880.40 | 0.00 |
| 001 | HARRIS BANK NA | 10,287.00 | 10,287.00 | 3,181.89 | 1,761.63 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 26,739.17 | 6,631.84 | 6,631.84 | 0.00 |
| 052 | WELLS FARGO HOME MORTGAGE INC | 150.00 | 32.17 | 32.17 | 0.00 |
|  | Total Secured | 37,176.17 | 16,951.01 | 9,845.90 | 1,761.63 |
| 001 | HARRIS BANK NA | 7,927.77 | 7,927.77 | 0.00 | 0.00 |
| 004 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LYDIA MEYER, TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCIAL SERVICES | 1,854.83 | 1,854.83 | 0.00 | 0.00 |
| 009 | AMERICAN HONDA FINANCE CORPORATION | 7,296.12 | 7,296.12 | 0.00 | 0.00 |
| 011 | BLACKHAWK CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 783.77 | 783.77 | 0.00 | 0.00 |
| 013 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CENTEGRA HBH, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CENTEGRA PRIMARE CARE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITIFINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CORNERSTONE CARE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GREATER ELGIN EMERGENCY SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MCCALLA RAYMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MERCY HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RUTH THOMPSON, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TOWN SQUARE ANESTHESIA, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | UNITED ANESTHESIA ASSOCIATES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | US DEPARTMENT OF EDUCATION | 4,290.82 | 4,290.82 | 0.00 | 0.00 |
| 046 | WALSH CHIROPRACTIC LTD | 246.00 | 246.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 047 | WELL CARE NEONATOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | WM. F. PUGA & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | WOODSTOCK IMAGING ASSOC., INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | DIANE KONIECZNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | BECKET & LEE, LLP | 1,044.51 | 1,044.51 | 0.00 | 0.00 |
| 054 | BECKET & LEE, LLP | 501.09 | 501.09 | 0.00 | 0.00 |
| 055 | RESURGENT CAPITAL SERVICES | 7,403.52 | 7,403.52 | 0.00 | 0.00 |
| | Total Unsecured | 31,348.43 | 31,348.43 | 0.00 | 0.00 |
| | Grand Total: | 70,624.60 | 50,399.44 | 12,826.30 | 1,761.63 |

Total Paid Claimant:    $14,587.93
Trustee Allowance:    $873.19
Percent Paid Unsecured:    0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan